Lynn Hubbard, III, SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Electronic Mail: USDCEast@HubsLaw.com

Attorney for Plaintiff

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Martinez, | No. 2:03-cv-01843-JAM-CMK |
| Plaintiff, | |
| vs. | ***Ex Parte* Application to Continue the Date in Which to File a Reply to Plaintiff's Motion for Summary Judgment** |
| Longs Drug Stores, Inc., et al., | |
| Defendants. | |
| | Date:    November 18, 2009 |
| | Time:    9:00 a.m. |
| | Ctrm:    6, 14th Floor |
| | |
| | Honorable John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff filed his Motion for Summary Judgment on August 7, 2009 ("Plaintiff's Motion").

WHEREAS, on September 21, 2009, Defendants filed an *ex parte* application to continue the date for their opposition to Plaintiff's motion (to which Plaintiff did not object[1]).

WHEREAS, on September 22, 2009, this Court granted Defendants' *ex parte* application and ordered (among other things) that Plaintiff's Reply shall be filed by October 28, 2009.

WHEREAS, Plaintiff's counsel's son has been diagnosed with the H1N1 virus (*aka* the Swine Flu). Plaintiff's counsel and members of his staff are now experiencing symptoms similar to that of his son, and have thus been unable to finish the Reply.

THEREFORE, Plaintiff respectfully requests that the date by which he is to file the Reply to his Motion be extended by two (2) weeks.

Respectfully submitted,

Dated: October 27, 2009            DISABLED ADVOCACY GROUP, APLC


*/s/ Scottlynn J Hubbard, IV, Esquire*
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff Tony Martinez

---

[1] On October 27, 2009, Plaintiff's counsel's office attempted to speak with Defendants' counsel, Melissa Omansky, regarding this application, however, Ms. Omansky was in deposition all day and unavailable. Plaintiff's counsel's office informed Ms. Omansky's assistant of the content of the instant application and asked her to relay the message to Ms. Omansky.

PDF created with pdfFactory trial version www.pdffactory.com

1

**<u>ORDER</u>**

2

      GOOD CAUSE HAVING BEEN SHOWN, the date in which Plaintiff

3

shall file his Reply to his Motion for Summary Judgment is hereby extended two

4

(2) weeks.

5

6

Dated:  October 28, 2009          /s/ John A. Mendez

7

                                        Honorable John A. Mendez

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Martinez v. Longs Drug Stores, Inc., et al.*                    Case No. 2:03-cv-01843-JAM-CMK
    Ex Parte Application to Continue the Date to File a Reply to Plaintiff's Motion for Summary Judgment

PDF created with pdfFactory trial version www.pdffactory.com