1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  MELISSA T. OMANSKY, SBN 227451
   LEWIS BRISBOIS BISGAARD & SMITH LLP
7  221 North Figueroa Street, Suite 1200
   Los Angeles, CA 90012
8  Telephone: (213) 250-1800
   Facsimile: (231) 2507900
9  E-mail: omansky@lbbslaw.com

10 Attorney for Defendant Longs Drug Stores
   California, Inc.
11

12

13

14                       UNITED STATES DISTRICT COURT

15                       EASTERN DISTRICT OF CALIFORNIA

16

17 TONY MARTINEZ,                          Case No. 2:03-cv-01843-JAM-CMK

18       Plaintiff,
                                           STIPULATION FOR DISMISSAL and
19 v.                                      ORDER THEREON

20 LONGS  DRUG  STORES  CALIFORNIA,
   INC. dba LONGS DRUG STORE #463,
21
         Defendant.
22 _____/

23

24

25

26

27

28

Stipulation for Dismissal and [Proposed]                *Martinez v. Longs Drug Stores California, Inc.*
Order Thereon                          - 1 -            Case No. 2:03-cv-01843-JAM-CMK

1   TO THE COURT AND TO ALL PARTIES:

2   Plaintiff, TONY MARTINEZ, and defendant, LONGS DRUG STORES
3   CALIFORNIA, INC., stipulate to and jointly request that this Court enter a dismissal with
4   prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed.
5   R. Civ. P. 41(a)(2), with each party to bear their own attorney's fees and costs.

7   Dated: January 5, 2011                    DISABLED ADVOCACY GROUP, APLC

9                                              /s/  Lynn Hubbard III
                                              LYNN HUBBARD III
10                                            Attorney for Plaintiff Tony Martinez

12  Dated: January 5, 2011                    LEWIS BRISBOIS BISGAARD & SMITH LLP

14                                             /s/  Melissa T. Omansky
                                              MELISSA T. OMANSKY
15                                            Attorney for Defendant Longs Drug Stores
                                              California, Inc.

17                                     **ORDER**

18  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:03-cv-
19  01843-JAM-CMK, is hereby dismissed with prejudice, with each party bearing their own
20  attorney's fees and costs.

22  Dated: 1/5/2011                           /s/ John A. Mendez
                                              United States District Court Judge